UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

DOCKET NO. 1:22mj6-2

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | |
| ) | **ORDER TO UNSEAL** |
| 213 SANDY PLAINS, TRYON, NORTH ) | |
| CAROLINA, INCLUDING ADDITIONAL ) | |
| STRUCTURES LOCATED ON OR WITHIN ) | |
| THE CURTILAGE AND ANY VEHICLES ) | |
| PRESENT ) | |

This matter is before the Court on the Government's Motion to Unseal (Doc. 24).

The Motion is GRANTED and the clerk is respectfully directed to unseal the above referenced Application for Search Warrant and Search Warrant.

It is so ordered.

Signed: June 30, 2022

W. Carleton Metcalf
United States Magistrate Judge

1